FORM TO USED BY PRISONERS IN FILING A
COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYVANIA

Mark J DeRosa

(ENTER ABOVE THE FULL NAME OF THE
PLAINTIFF OR PLAINTIFF IN THIS ACTION)

1:CV-01-1198

"warden" vs.
① GENE Fischi / ② LT. Vito Cordoni /
③ Sgt. D. Strephinoski / ④ Sgt. K. Handly /
⑤ C.I.S. Un-Named.

FILED
HARRISBURG
JUN 28 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

(ENTER ABOVE THE FULL NAME OF THE
DEFEDANT OR DEFENDENTS IN THIS ACTION)

I. PREVIOUS LAWSUITS

A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT
DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR
OTHERWISE RELATING TO YOUR IMPRISONMENT
                                    YES _____ NO __X__

.B. IF YOUR ANWSER IS YES, DESCRIBE EACH LAWSUIT IN
THE SPACE BELOW (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE YHE ADDITINAL
ON ANOTHER PICE OF PAPER, USING THE ABOVE OUTLINE

1. PARTIES TO THIS PREVIOUS LAWSUIT
   PLAINTIFF ~~_____~~
   DEFENDANT ~~_____~~

2. COURT (IF FEDERAL COURT NAME THE DISTRICT; IF STATE COURT, NAME THE COUNTY _____

3. DOCKET NO. NUMBER _____

4. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED _____

5. DISPOITION (FOR EXAMPLE WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT PENDING _____

6. APPROXIMATE DATE OF FILLING LAWSUIT _____

7. APPROXIMATE DATE OF DISPOSITION _____

   II PLACE OF PRESENT CONFINEMENT  L.C.C.F. Luzerne County Prison

   A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION   YES __X__   NO ____

   B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THE STATE GRIEVANCE PROCEDURE?   YES __X__   OR NO ____

   C. IF YOUR ANSWER IS YES

   1. WHAT STEPS DID YOU TAKE  Filed Criminal Complaint Forms.

   2. WHAT WAS THE RESULTS?  None...

(3)

b. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT _____

III. PARTIES. (IN ITEMS A. BELOW, PLACE YOUR NAME IN THE FRIST BLANK & PLACE YOUR PRESENT ADRESS IN THE SECOND BLAND DO THE SAME FOR ADDITIONAL PLAINTIFFS IF ANY

   a. NAME OF PLAINTIFF  **MARK J DeRosa**

   ADRESS  **99 Water ST. Wilkes Barre PA 18702.**

(IN ITEM B BELOW, PLACE THE FULL NAME OF THE DEFENDANT IN THE FRIST BLANK HIS OFFICAL POSITION THE SECOND BLANK&HIS PLACE OF EMPLOYMENT IN THE THIRD BLANK USED ITEM C FOR THE NAMES OF ADDITIONAL DEFENDANTS

   B. DEFENDANT **GENE Fischi** IS
   EMPLOYED AS  **"Warden"**  AT **L.C.C.F**

   C. ADDITIONAL DEFENDANTS **LT. Vito Cardoni / LT, L.C.C.F.**
   **Sgt. D. Stephenoski - Sgt. L.C.C.F.**
   **Sgt. K. Handly - Sgt. L.C.C.F.**
   **C.I.S. Un-Idenifide - L.C.C.F.**

IV STATMENT OF CLAIM

STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE DESCROBE HOW EACH DEFENDANT IS INVOLVED INCLUDE ALSO THE NAMES OF OTHER PERSONS INVOLVED DATES PLASCES DO NOT GIVE ANY INTENT TO ALLEGE A NUMBER OF RELATED CLAIMS, NUMBER SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH USE AS MUCH SPACE AS YOU NEED ATTACH EXTRA SHEET IF NECESSARY

On Friday May-5th at 10:00AM I was called to a counselor's "Mark Makovege", I was depressed and needed to speak to sike person "Jim Swortz". Because my brother just died + the jail wouldn't let me go to the funerals in my PDC custdy. So at 11:00 AM Mark Makovege the counselor called the sike department and lied and said I was going to kill my self. So I was placed on 2-B mentle black in Cell-3 over the week end. "Monday may-8th" at 2:30 PM Jim Swoty called me to his office and he said real nasty was a actor so he put me back on 2-B mentle black and took all my close, blanket, matress, and left me in the nude for 10 days without any of the abouve stuff in a cold cell without a shower or mental hospital

OVER-7

(4)

Plus I sent 2 criminal complaint forms to how DA no responce.

What I'm asking is to be removed from this jail I fear for my life I'm in here on my first tech ?

I need this Jail to learn I'm not a beaten Began.

V. RELIEF

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU

I request to have said Manigment PerSonAl repremanded.

MAKE NO LEGAL ARGUMENTS CITE NO CASES OR STATES

Note

This Jail Needs to be investigated...

(5)

SIGNED THIS _Mark J Delcea_ DAY OF _6/4/_ _2000_

_Mark J Delcea_
SIGNATURE OF PLAINTIFF OR PLAINTIFFS

EXECUTED AT _Luzerne County Prison W-B Luzerne_
(NAME OF INSTITUTION, CITY, COUNTY)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE & CORRECT

EXECUTED ON _6/4/2000_
(DATE)

_Mark J Delcea_
SIGNATURE OF PLAINTIFF OR PLAINTIFFS