UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK J DeROSA
(Plaintiff)

1:CV-01-1198

v.

Luzerne County Prison Mgt.
(Defendant)
Luzerne County Prison Med. Dpt.

AFFIDAVIT/DECLARATION
IN SUPPORT OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, Mark J DeRosa certify that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I further state that the responses which I have made to questions and instructions below are true and correct.

FILED
HARRISBURG
JUN 2 8 200[?]
MARY E. D'ANDREA
Per
X
DEPUTY CLE[RK]

1. Are you presently employed?   Yes__ No _X_

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.   "Had No Job"

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?
       Yes____ No _X_
   b. Rent payments, interest or dividends?
       Yes____ NO _X_
   c. Pensions, annuities or life insurance payments?
       Yes____ NO _X_
   d. Gifts or inheritances?  Yes____ NO _X_
   e. Any other sources?     Yes____ No _X_

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

_____
_____

3. Do you own any cash, or do you have money in a checking or savings account? Yes___ No_X_ (Include any funds in prison accounts)

   If the answer is yes, list amounts of cash/checking or savings account.

_____
_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes____ No_X_

   If the answer is yes, describe the property and state its approximate value.

_____
_____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support.

_____
_____

I understand that a false statement or answer to any questions in this affidavit/unsworn declaration will subject me to penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~~~~~~~ 6/4/2000
                  DATE

_Mark J. DeLosa_
Signature of Plaintiff