IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     <u>DeRosa v. Fischi, et al.</u>     : CIVIL NO. 1:CV-01-1198

Inmate:     Mark J. DeRosa

ID Number:

FILED
SCRANTON
JUL - 6 2001
PER _____
DEPUTY CLERK

## ADMINISTRATIVE ORDER (CIVIL RIGHTS CASE)

The civil rights complaint filed by the individual identified above has been received without a filing fee or the forms required to proceed in forma pauperis. This action may not proceed unless the plaintiff, within thirty (30) days of the date of this order, either:

(1) tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $150.00; or

(2) files a properly completed application to proceed in forma pauperis and an authorization form. An authorization form and application to proceed in forma pauperis are enclosed.

Failure to comply with the terms of this order within thirty (30) days will cause this case to be dismissed without prejudice.

MARY E. D'ANDREA
Clerk of Court

By: _____
Deputy Clerk

DATE: July 6, 2001