Mark J. DeRosa
LUZERNE CNTY CORRECTIONAL FACIL
3B Cell-1
99 Water Street
Wilkes-Barre, PA 18702

Re: 1:01-cv-01198

------------------

------------------

Please file all pleadings direct
the assigned Judge is located.
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smyser

------------------

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Manni
Magistrate Judge Thomas M. Blewit

------------------

Judge James F. McClure
Judge Malcolm Muir

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
HARRISBURG, PA

JUL 0 9 2001

MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

RETURN TO SENDER

Discharged