IN THE UNITED S
FOR THE MIDDLE D

IN RE:   DeRosa v. Fischi, et al.

Inmate:   Mark J. DeRosa

ID Number:   1:01cv1198

### ADMINISTRATIVE C

The civil rights complaint filed by the

without a filing fee or the forms required to

proceed unless the plaintiff, within thirty (30

   (1)   tenders to the "Clerk, U.S. Di

          of $150.00; or

   (2)   files a properly completed ap

          and an authorization form. A

          proceed in forma pauperis ar

Failure to comply with the terms of th

to be dismissed without prejudice.



By: _____
Deputy Clerk

DATE: July 6, 2001