See Attachment


7
8/29/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK J. DEROSA,             :
     Plaintiff              :
                            :
  vs.                       :   CIVIL ACTION NO. 1:CV-01-1198
                            :
GENE FISCHI, Warden, et al.,:
     Defendants             :

O R D E R

FILED
AUG 28 2001
PER
HARRISBURG, PA.    DEPUTY CLERK

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On June 28, 2001, the pro se plaintiff filed a civil rights complaint without submitting a filing fee or the forms required to proceed <u>in forma pauperis</u>. By Administrative Order, dated July 6, 2001, the plaintiff was informed that this case would be dismissed without prejudice unless, within thirty days, the plaintiff either paid the statutory filing fee of $150.00 or filed a properly completed application to proceed <u>in forma pauperis</u> and authorization form. Notwithstanding this admonition, thirty days have elapsed and the plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

Certified from the record
Date 8/28/01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

AO 72A
(Rev.8/82)

Accordingly, this 28th day of August, 2001, it is ordered that this action is dismissed without prejudice, and the Clerk of Court shall close this file.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 28, 2001

Re: 1:01-cv-01198     DeRosa v. Fischi

True and correct copies of the attached were mailed by the clerk to the following:

Mark J. DeRosa
259 Laurel Street
Archbald, PA  18403

cc:
Judge                          (✓)           (✓) Pro Se Law Clerk  Taggau
Magistrate Judge               ( )           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  (✓)
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen ( )    PA Atty Gen ( )
                                       DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____         ( )

                                               MARY E. D'ANDREA, Clerk

DATE: 8/28/01                          BY: _____
                                           Deputy Clerk